IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| TIMOTHY A. BALOGH and ) | Case No. 08 B 07527 |
| MELISSA A. BALOGH, ) | |
| ) | |
| Debtor(s). ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on March 28, 2008. Charles J. Myler was appointed Trustee on March 28, 2008. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

1

4. A summary of the Trustee's Final Report as of December 31, 2008 is as follows:

    a. RECEIPTS (See Exhibit C)　　　　　　　　　　$12,006.00

    b. DISBURSEMENTS (See Exhibit C)　　　　　　　$0.00

    c. NET CASH available for distribution　　　　　　$12,006.00

    d. TRUSTEE/PROFESSIONAL COSTS:

        1. Trustee compensation requested　　$1,950.60
           (See Exhibit E)
        2. Trustee Expenses (See Exhibit E)　　$9.01
        3. Compensation requested by
           attorney or other professionals
           for trustee (See Exhibit F)　　　　　$1,655.00

5. The Bar Date for filing unsecured claims expired on July 31, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims　　　　　　　　$0.00

    b. Chapter 7 administrative and
       28 U.S.C. §1930 claims　　　　　　　　　　　$3,614.61

    c. Allowed Chapter 11 administrative　　　　　　$0.00
       claims

    d. Allowed priority claims　　　　　　　　　　　$0.00

    e. Allowed unsecured claims　　　　　　　　　　$23,843.54

7. Trustee proposes that unsecured creditors receive a distribution of 35.197% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $1,655.00. The total of Chapter 7 professional fees and

2

expenses requested for final allowance is $1,655.00. (See Exhibit G).

9.    A fee of $1,250.00 was paid to debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: February 2, 2009

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

## TASKS PERFORMED BY TRUSTEE

It was determined following the first meeting of creditors that the debtors were the owners of non-exempt real property which was leased to third parties. Trustee contacted the lessees and advised them to make ensuing rental payments to the trustee. Trustee continued to receive rental payments from the lessees until their lease expired at which time they decided to move. The apartment was vacant on December 1, 2008 and trustee and trustee counsel notified the first and second mortgage holders of the vacancy of the property. Trustee worked with trustee counsel in checking claims and preparing the final report. It is estimated that 5 hours were spent in trustee time in this estate.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 08-07527 5 | Trustee: | (330510) | CHARLES J. MYLER |
|---|---|---|---|---|
| Case Name: | BALOGH, TIMOTHY A | Filed (f) or Converted (c): | 03/28/08 (f) | |
| | BALOGH, MELISSA A | §341(a) Meeting Date: | 04/21/08 | |
| Period Ending: | 01/31/09 | Claims Bar Date: | 07/31/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 725 Liberty Ave., St. Charles, IL 60174 | 296,400.00 | 20,379.00 | | 0.00 | FA |
| 2 | 825 Lexington Ave., St. Charles, IL 60174 | 250,000.00 | 0.00 | | 12,000.00 | FA |
| 3 | On person | 5.00 | 5.00 | DA | 0.00 | FA |
| 4 | Chase Bank - Checking | 50.00 | 50.00 | DA | 0.00 | FA |
| 5 | Chase Bank - Savings | 35.00 | 35.00 | DA | 0.00 | FA |
| 6 | Chase Bank - Joint Savings in grandmother's & da | 200.00 | 200.00 | DA | 0.00 | FA |
| 7 | Scott Trade Account, 175 Shares, Sirius Satalite | 492.00 | 492.00 | DA | 0.00 | FA |
| 8 | cloth couch (3 yo), leather recliner (9 yo), roc | 1,490.00 | 1,490.00 | DA | 0.00 | FA |
| 9 | necessary wearing apparel | 700.00 | 700.00 | DA | 0.00 | FA |
| 10 | wedding bands, diamond engagement ring, gold cha | 300.00 | 300.00 | DA | 0.00 | FA |
| 11 | 12 gauge shotgun (15 yo), 16 guage shotgun (40 y | 300.00 | 300.00 | DA | 0.00 | FA |
| 12 | 401(k) | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 13 | 2007 INCOME TAX REFUND | 5,179.00 | 0.00 | DA | 0.00 | FA |
| 14 | civil judgment against LeAnn L. Isaacson 200 Lak | 10,030.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1994 Chrylser LHS, 93,000 miles, condition "fair | 2,350.00 | 2,350.00 | DA | 0.00 | FA |
| 16 | 2004 Honda Odessy, 30,000 miles, condition "good | 15,750.00 | 15,750.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.00 | Unknown |
| 17 | Assets Totals (Excluding unknown values) | $589,281.00 | $48,051.00 | | $12,006.00 | $0.00 |

EXHIBIT B

Printed: 02/02/2009 12:55 PM V.11.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-07527 5
**Case Name:** BALOGH, TIMOTHY A
BALOGH, MELISSA A
**Period Ending:** 01/31/09

**Trustee:** (330510)   CHARLES J. MYLER
**Filed (f) or Converted (c):** 03/28/08 (f)
**§341(a) Meeting Date:** 04/21/08
**Claims Bar Date:** 07/31/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**
Trustee has collected rental payments; tenant vacated rental property in December, 2008. Trustee will file final report

**Initial Projected Date Of Final Report (TFR):** September 30, 2008    **Current Projected Date Of Final Report (TFR):** June 30, 2009

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-07527 5 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | BALOGH, TIMOTHY A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BALOGH, MELISSA A | | Account: | ***_*****13-65 - Money Market Account |
| Taxpayer ID #: | 13-7599237 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/31/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/08 | {2} | Randy Wyatt | Rental on Lexington property | 1122-000 | 750.00 | | 750.00 |
| 04/30/08 | {2} | Lisa Ann Jackson | Rental on Lexington Ave. property | 1122-000 | 750.00 | | 1,500.00 |
| 05/05/08 | {2} | Lisa Ann Jackson | Rental payment | 1122-000 | 750.00 | | 2,250.00 |
| 05/05/08 | {2} | Randy Wyatt | Rental payment | 1122-000 | 750.00 | | 3,000.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.30 | | 3,000.30 |
| 06/13/08 | {2} | Randy Wyatt | Rent on Lexington property | 1122-000 | 750.00 | | 3,750.30 |
| 06/13/08 | {2} | Lisa Jackson | Rent on Lexington property | 1122-000 | 750.00 | | 4,500.30 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.46 | | 4,500.76 |
| 07/15/08 | {2} | Randy Wyatt | Rental payment | 1122-000 | 750.00 | | 5,250.76 |
| 07/15/08 | {2} | Lisa Jackson | Rental payment | 1122-000 | 750.00 | | 6,000.76 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.66 | | 6,001.42 |
| 08/18/08 | {2} | Randy Wyatt | Rent payment | 1122-000 | 750.00 | | 6,751.42 |
| 08/18/08 | {2} | Lisa Jackson | Rent payment | 1122-000 | 750.00 | | 7,501.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.76 | | 7,502.18 |
| 09/08/08 | {2} | Lisa Jackson | Rental payment | 1122-000 | 1,500.00 | | 9,002.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 9,003.29 |
| 10/03/08 | {2} | Lisa Jackson | Rent payment | 1122-000 | 1,500.00 | | 10,503.29 |
| 10/03/08 | {2} | Lisa Jackson | Check written incorrectly; returned to sender | 1122-000 | -1,500.00 | | 9,003.29 |
| 10/31/08 | {2} | Lisa Jackson | Rent payment | 1122-000 | 1,500.00 | | 10,503.29 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.98 | | 10,504.27 |
| 11/05/08 | {2} | Lisa Jackson | Rent payment | 1122-000 | 1,500.00 | | 12,004.27 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.88 | | 12,005.15 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 12,006.00 |

Subtotals :    $12,006.00    $0.00

EXHIBIT C

{} Asset reference(s)    Printed: 02/02/2009 12:55 PM    V.11.03

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-07527 5
**Case Name:** BALOGH, TIMOTHY A
BALOGH, MELISSA A
**Taxpayer ID #:** 13-7599237
**Period Ending:** 01/31/09

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****13-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | ACCOUNT TOTALS | | 12,006.00 | 0.00 | $12,006.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,006.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,006.00 | $0.00 | |

|  |  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| MMA # ***_*****13-65 | | 12,006.00 | 0.00 | 12,006.00 |
| | | $12,006.00 | $0.00 | $12,006.00 |

Net Receipts :   12,006.00
Net Estate :   $12,006.00

{} Asset reference(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| TIMOTHY A. BALOGH and | ) | Case No. 08 B 07527 |
| MELISSA A. BALOGH, | ) | |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,614.61 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $8,391.39 |
| Other: | $0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:    $12,006.00

EXHIBIT D

5

DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $3,614.61 | 100 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Charles J. Myler, Trustee | $1,950.60 | $1,950.60 |
| Charles J. Myler, Expenses | 9.01 | 9.01 |
| Myler, Ruddy & McTavish | 1,655.00 | 1,655.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| | TOTAL | FINAL |
|---|---|---|

| | | |
|---|---|---|
| **5. TYPE OF CLAIMS**<br>§507(a)(4) - Contributions to Employee Benefit Plans | **AMOUNT OF CLAIMS**<br>$0.00 | **DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **6. TYPE OF CLAIMS**<br>§507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **7. TYPE OF CLAIMS**<br>§507(a)(6) - Deposits by consumers to the extent of $900 | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **8. TYPE OF CLAIMS**<br>§724(b) - Tax Liens | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **9. TYPE OF CLAIMS**<br>§507(a)(7) - Tax claims excluding fines and penalties | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **10. TYPE OF CLAIMS**<br>§507(a)(8) - Capital Commitments to FDIC, et al. | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |

7

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **11. TYPE OF CLAIMS** §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | TOTAL AMOUNT OF CLAIMS $23,843.54 | FINAL DIVIDEND % 35.19 |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 1. Credit First | $393.44 | $138.47 |
| 2. Spirit of American Bank | $447.85 | $157.61 |
| 3. PYOD/Washington Mutual | $7,209.69 | $2,537.35 |
| 4. PYOD/Citibank | $1,127.12 | $396.67 |
| 5. PYOD/Citibank | $14,665.44 | $5,161.29 |
| **12. TYPE OF CLAIMS** §726(a)(3) - Late unsecured claims. | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **13. TYPE OF CLAIMS** §726(a)(4) - Fines/penalties | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **14. TYPE OF CLAIMS** §726(a)(5) - Interest (____% from date of filing to anticipated date of distribution (_____) | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **15. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |

§726(a)(6) - Surplus to Debtor    $0.00

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 2, 2009

Charles J. Myler, Trustee, ARDC# 2008602