UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| TIMOTHY A. BALOGH and | ) | Case No. 08 B 07527 |
| MELISSA A. BALOGH, | ) | |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

   On: **April 2, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   Receipts                               $12,006.00

   Disbursements                                $0.00

   Net Cash Available for Distribution    $12,006.00

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $1,950.60 | $9.01 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $1,655.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

7. Claims of general unsecured creditors totaling $23,843.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 35.19%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Credit First | $393.44 | $138.47 |
| 2. | Spirit of American Bank | $447.85 | $157.61 |
| 3. | PYOD/Washington Mutual | $7,209.69 | $2,537.35 |
| 4. | PYOD/Citibank | $1,127.12 | $396.67 |
| 5. | PYOD/Citibank | $14,665.44 | $5,161.29 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:


Dated: **March 4, 2009**                                                                                           For the Court,


By:     **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn St., 7th Floor
Chicago, IL 60604


Trustee: Charles J. Myler, ARDC#2008602
Address: 105 E. Galena Blvd., 8th Floor
         Aurora, IL 60505
Phone:   630-897-8475
Fax:     630-897-8076

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 04, 2009
Case: 08-07527                 Form ID: pdf002              Total Served: 20

The following entities were served by first class mail on Mar 06, 2009.
db/jdb         +Timothy A Balogh,    Melissa A Balogh,    725 Liberty Ave.,     Saint Charles, IL 60174-3329
12091468        Avelo Mortgage,    PO Box 660138,    Dallas, TX 75266-0138
12091469       +Central DuPage Hospital,    25 N. Winfield Rd.,    Winfield, IL 60190-1295
12091470       +Citibank,    Attention: Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12091471       +Citibank / Sears,    Po Box 20363,    Kansas City, MO 64195-0363
12091472       +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
12091473       +Curves for Women,    1578 E. Main St.,    Saint Charles, IL 60174-2327
12091474        Delnor Community Hospital,    Mail Processing Center,    PO Box 739,    Moline, IL 61266-0739
12091475        EMC Mortgage Corp,    800 State Highway, 121 Bypass,    Lewisville, TX 75067-4180
12091476       +Firestone Credit First,    PO Box 81344,    Cleveland, OH 44188-0001
12091477       +Foxfield foot & ankle,    2075 Foxfield Rd. #103,    Saint Charles, IL 60174-1402
12091478       +GMAC Mortgage,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
                 Fort Washington, PA 19034-3204
12091479       +Harris N.a.,    111 W Monroe Llw,    Chicago, IL 60603-4095
12091480       +Hsbc/mnrds,    Po Box 15522,    Wilmington, DE 19850-5522
12091481       +Laboratory Physicians LLC,    PO Box 10200,    Peoria, IL 61612-0200
12091482        Layne Bryant,    PO Box 856132,    Louisville, KY 40285-6132
12293978        PYOD LLC its successors and assigns as assignee of,     Citibank,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
12293972        PYOD LLC its successors and assigns as assignee of,     Washington Mutual,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12231567        SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,     FIRST EXPRESS,    PO BOX 856132,
                 LOUISVILLE, KY   40285-6132
12091483       +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
                 Greenville, SC 29603-0467

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Charles J Myler,   Myler Ruddy & McTavish
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 06, 2009**          **Signature:** *Joseph Speetjens*