# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: BALOGH, TIMOTHY A § Case No. 08-07527 |
| BALOGH, MELISSA A § |
| § |
| Debtor(s) § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $42,881.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $8,392.95 | Claims Discharged Without Payment: $48,415.59 |
| Total Expenses of Administration: $3,614.61 | |

3) Total gross receipts of $ 12,007.56  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $12,007.56 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $537,954.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 1,664.01 | 3,605.76 | 3,605.60 | 3,614.61 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 33,370.00 | 23,843.54 | 23,843.54 | 8,392.95 |
| TOTAL DISBURSEMENTS | $572,988.01 | $27,449.30 | $27,449.14 | $12,007.56 |

4) This case was originally filed under Chapter 7 on March 28, 2008.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/23/2009            By: /s/CHARLES J. MYLER
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 825 Lexington Ave., St. Charles, IL 60174 | 1122-000 | 12,000.00 |
| Interest Income | 1270-000 | 7.56 |
| **TOTAL GROSS RECEIPTS** | | **$12,007.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Avelo Mortgage | 4110-000 | 66,917.00 | N/A | 0.00 | 0.00 |
| Avelo Mortgage | 4110-000 | 209,104.00 | N/A | 0.00 | 0.00 |
| EMC Mortgage Corp | 4110-000 | 204,990.00 | N/A | 0.00 | 0.00 |
| GMAC Mortgage | 4110-000 | 41,193.00 | N/A | 0.00 | 0.00 |
| Harris N.a. | 4110-000 | 15,750.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$537,954.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,950.76 | 1,950.60 | 1,950.60 |
| Charles J. Myler | 2200-000 | N/A | 0.00 | 0.00 | 9.01 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 1,655.00 | 1,655.00 | 1,655.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,605.76 | $3,605.60 | $3,614.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Credit First | 7100-000 | 405.00 | 393.44 | 393.44 | 138.49 |
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | 7100-000 | N/A | 447.85 | 447.85 | 157.64 |
| PYOD LLC its successors and | | | | | |

**UST Form 101-7-TDR (4/1/2009)**

| Creditor | Code | | | | |
|---|---|---|---|---|---|
| assigns as assignee of | 7100-000 | N/A | 7,209.69 | 7,209.69 | 2,537.82 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,127.12 | 1,127.12 | 396.75 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,665.44 | 14,665.44 | 5,162.25 |
| Firestone Credit First | 7100-000 | 394.00 | N/A | 0.00 | 0.00 |
| Delnor Community Hospital Mail Processing Center | 7100-000 | 1,785.00 | N/A | 0.00 | 0.00 |
| Foxfield foot & ankle | 7100-000 | 35.00 | N/A | 0.00 | 0.00 |
| Laboratory Physicians LLC | 7100-000 | 29.00 | N/A | 0.00 | 0.00 |
| Hsbc/mnrds | 7100-000 | 1,342.00 | N/A | 0.00 | 0.00 |
| Washington Mutual / Providian | 7100-000 | 7,032.00 | N/A | 0.00 | 0.00 |
| Layne Bryant | 7100-000 | 443.00 | N/A | 0.00 | 0.00 |
| Curves for Women | 7100-000 | 39.00 | N/A | 0.00 | 0.00 |
| Citibank / Sears | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Harris N.a. | 7100-000 | 6,358.00 | N/A | 0.00 | 0.00 |
| Citibank | 7100-000 | 14,288.00 | N/A | 0.00 | 0.00 |
| Central DuPage Hospital | 7100-000 | 220.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $33,370.00 | $23,843.54 | $23,843.54 | $8,392.95 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-07527  
Case Name: BALOGH, TIMOTHY A  
               BALOGH, MELISSA A  
Period Ending: 06/23/09

Trustee: (330510) CHARLES J. MYLER  
Filed (f) or Converted (c): 03/28/08 (f)  
§341(a) Meeting Date: 04/21/08  
Claims Bar Date: 07/31/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 725 Liberty Ave., St. Charles, IL 60174 | 296,400.00 | 20,379.00 | | 0.00 | FA |
| 2 | 825 Lexington Ave., St. Charles, IL 60174 | 250,000.00 | 0.00 | | 12,000.00 | FA |
| 3 | On person | 5.00 | 5.00 | DA | 0.00 | FA |
| 4 | Chase Bank - Checking | 50.00 | 50.00 | DA | 0.00 | FA |
| 5 | Chase Bank - Savings | 35.00 | 35.00 | DA | 0.00 | FA |
| 6 | Chase Bank - Joint Savings in grandmother's & da | 200.00 | 200.00 | DA | 0.00 | FA |
| 7 | Scott Trade Account, 175 Shares, Sirius Satalite | 492.00 | 492.00 | DA | 0.00 | FA |
| 8 | cloth couch (3 yo), leather recliner (9 yo), roc | 1,490.00 | 1,490.00 | DA | 0.00 | FA |
| 9 | necessary wearing apparel | 700.00 | 700.00 | DA | 0.00 | FA |
| 10 | wedding bands, diamond engagement ring, gold cha | 300.00 | 300.00 | DA | 0.00 | FA |
| 11 | 12 gauge shotgun (15 yo), 16 guage shotgun (40 y | 300.00 | 300.00 | DA | 0.00 | FA |
| 12 | 401(k) | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 13 | 2007 INCOME TAX REFUND | 5,179.00 | 0.00 | DA | 0.00 | FA |
| 14 | civil judgment against LeAnn L. Isaacson 200 Lak | 10,030.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1994 Chrylser LHS, 93,000 miles, condition "fair | 2,350.00 | 2,350.00 | DA | 0.00 | FA |
| 16 | 2004 Honda Odessy, 30,000 miles, condition "good | 15,750.00 | 15,750.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 7.56 | Unknown |
| 17 | Assets  Totals (Excluding unknown values) | $589,281.00 | $48,051.00 | | $12,007.56 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee has collected rental payments; tenant vacated rental property in December, 2008. Trustee will file final report

Initial Projected Date Of Final Report (TFR): September 30, 2008       Current Projected Date Of Final Report (TFR): June 30, 2009

Printed: 06/23/2009 02:10 PM  V.11.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-07527 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | BALOGH, TIMOTHY A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BALOGH, MELISSA A | | Account: | \*\*\*-\*\*\*\*\*13-65 - Money Market Account |
| Taxpayer ID #: | 13-7599237 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/23/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/08 | {2} | Randy Wyatt | Rental on Lexington property | 1122-000 | 750.00 | | 750.00 |
| 04/30/08 | {2} | Lisa Ann Jackson | Rental on Lexington Ave. property | 1122-000 | 750.00 | | 1,500.00 |
| 05/05/08 | {2} | Lisa Ann Jackson | Rental payment | 1122-000 | 750.00 | | 2,250.00 |
| 05/05/08 | {2} | Randy Wyatt | Rental payment | 1122-000 | 750.00 | | 3,000.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.30 | | 3,000.30 |
| 06/13/08 | {2} | Randy Wyatt | Rent on Lexington property | 1122-000 | 750.00 | | 3,750.30 |
| 06/13/08 | {2} | Lisa Jackson | Rent on Lexington property | 1122-000 | 750.00 | | 4,500.30 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.46 | | 4,500.76 |
| 07/15/08 | {2} | Randy Wyatt | Rental payment | 1122-000 | 750.00 | | 5,250.76 |
| 07/15/08 | {2} | Lisa Jackson | Rental payment | 1122-000 | 750.00 | | 6,000.76 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.66 | | 6,001.42 |
| 08/18/08 | {2} | Randy Wyatt | Rent payment | 1122-000 | 750.00 | | 6,751.42 |
| 08/18/08 | {2} | Lisa Jackson | Rent payment | 1122-000 | 750.00 | | 7,501.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.76 | | 7,502.18 |
| 09/08/08 | {2} | Lisa Jackson | Rental payment | 1122-000 | 1,500.00 | | 9,002.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 9,003.29 |
| 10/03/08 | {2} | Lisa Jackson | Rent payment | 1122-000 | 1,500.00 | | 10,503.29 |
| 10/03/08 | {2} | Lisa Jackson | Check written incorrectly; returned to sender | 1122-000 | -1,500.00 | | 9,003.29 |
| 10/31/08 | {2} | Lisa Jackson | Rent payment | 1122-000 | 1,500.00 | | 10,503.29 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.98 | | 10,504.27 |
| 11/05/08 | {2} | Lisa Jackson | Rent payment | 1122-000 | 1,500.00 | | 12,004.27 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.88 | | 12,005.15 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 12,006.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 12,006.48 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 12,006.93 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,007.45 |
| 04/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.11 | | 12,007.56 |
| 04/08/09 | | To Account #\*\*\*\*\*\*\*\*1366 | Transfer to checking | 9999-000 | | 12,007.56 | 0.00 |

|  |  |  |
|---:|---:|---:|
| ACCOUNT TOTALS | 12,007.56 | 12,007.56 | $0.00 |
| Less: Bank Transfers | 0.00 | 12,007.56 | |
| Subtotal | 12,007.56 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $12,007.56 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-07527 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | BALOGH, TIMOTHY A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BALOGH, MELISSA A | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 13-7599237 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/23/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/09 | | From Account #********1365 | Transfer to checking | 9999-000 | 12,007.56 | | 12,007.56 |
| 04/17/09 | 101 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 1,950.60 | 10,056.96 |
| 04/17/09 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 9.01 | 10,047.95 |
| 04/17/09 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 1,655.00 | 8,392.95 |
| 04/17/09 | 104 | Credit First | #0715 | 7100-000 | | 138.49 | 8,254.46 |
| 04/17/09 | 105 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | #2532 | 7100-000 | | 157.64 | 8,096.82 |
| 04/17/09 | 106 | PYOD LLC its successors and assigns as assignee of | #3595 | 7100-000 | | 2,537.82 | 5,559.00 |
| 04/17/09 | 107 | PYOD LLC its successors and assigns as assignee of | #9450 | 7100-000 | | 396.75 | 5,162.25 |
| 04/17/09 | 108 | PYOD LLC its successors and assigns as assignee of | #5440 | 7100-000 | | 5,162.25 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 12,007.56 | 12,007.56 | $0.00 |
| Less: Bank Transfers | 12,007.56 | 0.00 | |
| Subtotal | 0.00 | 12,007.56 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $12,007.56 | |

Net Receipts: 12,007.56
Net Estate: $12,007.56

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****13-65 | 12,007.56 | 0.00 | 0.00 |
| Checking # ***-*****13-66 | 0.00 | 12,007.56 | 0.00 |
| | $12,007.56 | $12,007.56 | $0.00 |